IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAUL CLARK; BRUCE CLARK AND IRAIDA CLARK,<br>　　　　Plaintiffs,<br><br>vs.<br><br>MICHAEL T. CONAHAN; MARK A. CIAVARELLA; THE LUZERNE COUNTY JUVENILE PROBATION DEPARTMENT; SANDRA BRULO; ROBERT J. POWELL; PA CHILD CARE, LLC; ROBERT K. MERICLE; MERICLE CONSTRUCTION, INC.; GREGORY ZAPPALA; PINNACLE GROUP of JUPITER, LLC; BARBARA CONAHAN; CINDY CIAVARELLA; BEVERAGE MARKETING OF PA, INC.; VISION HOLDINGS, LLC; MID ATLANTIC YOUTH SERVICES CORP.; POWELL LAW GROUP, P.C.; JOHN DOE DEFENDANTS NOS. 1-10 AND JOHN DOE ENTITIES NOS. 1 through 10,<br>　　　　Defendants. | CIVIL ACTION NO. 3:09-cv-02535<br><br>JURY TRIAL DEMANDED<br><br>FILED<br>SCRANTON<br>SEP 1 7 2010<br>PER _____<br>　　DEPUTY CLERK |

## DEFENDANT'S, MARK A. CIAVARELLA, JR., ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT

　　The defendant, Mark A. Ciavarella, Jr., hereby makes Answers to Plaintiffs' Complaint and raises Affirmative Defenses thereto as follows:

　　1. – 269.　The allegations contained in paragraphs one (1) through two hundred sixty-nine (269) of Plaintiffs' Complaint are hereby denied and strict proof thereof is demanded at the time of trial.

### FIRST AFFIRMATIVE DEFENSE
Defendant is entitled to absolute judicial immunity on all claims raised by Plaintiffs.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred as a result of Plaintiffs' contributory negligence.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred as a result of Plaintiffs' assumption of the risk.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims have not been timely filed and are barred pursuant to the appropriate statute of limitations.

## FIFTH AFFIRMATIVE DEFENSE

This court lacks jurisdiction over the person and subject matter as alleged in plaintiffs' complaint.

WHEREFORE, Defendant hereby requests judgment be entered in his favor and against plaintiffs.

Respectfully submitted,

/s/ Mark A. Ciavarella
Mark A. Ciavarella, Jr. *Pro Se*

# CERTIFICATE OF SERVICE

I, Mark A. Ciavarella, Jr., Pro Se, do hereby certify that a true and correct copy of the foregoing document was filed on the __17th__ day of __Sept__ 2010 and is available for viewing and downloading from the ECF system.

I further certify that the above document was also served by U.S. Mail, First Class, postage pre-paid upon following:

Michael T. Conahan, Pro Se
301 Deer Run Drive
Mountain Top, PA 18707

Beverage Marketing of PA, Inc.
Registered Address:
Post Office Box 17
Pottsville Road
Seltzer, PA 17974

Bridget E. Montgomery, Esq
213 Market Street
8th Floor
Harrisburg, PA 17101-2132

Michael O'Mullan, Esq.
One Speedwell Avenue
Morristown, NJ 07962

_/s/ Mark A. Ciavarella_
Mark A. Ciavarella, Jr., Pro Se
585 Rutter Avenue
Kingston, PA 18704